**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 22-256 |
| VERSUS | SECTION "G" |
| FOUAD K ZETON | VIOLATION:<br>18 U.S.C. § 371 |

NOTICE OF SENTENCING

Take notice that this criminal proceeding is set for **June 5, 2025, at 10:00 a.m.**, before Chief Judge Nannette Jolivette Brown, Courtroom C227, 500 Poydras Street, New Orleans, LA.

**IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U. S. MARSHAL IMMEDIATELY OUTSIDE THE COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date:  September 13, 2024                    CAROL L. MICHEL, CLERK
                                            by Morgan Palmer, Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \*

TO:

✓ FOUAD K ZETON
✓ David Ichiro Courcelle, Counsel
✓ Scott C. Stansbury, Counsel

✓ AUSA: CHANDRA MENON

✓ U.S. Probation Office

✓ U.S. Probation Office - Pretrial Services Unit

✓ U.S. Marshal

✓ JUDGE

✓ SA Brent Korhn, FBI
   neworleans@fbi.gov

**If you change address,**
**notify clerk of court**
**by phone, (504) 589-7680**

FOREIGN LANGUAGE INTERPRETER:
**NONE**